IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

IVORY JONES, Individually, and as
Guardian of EDWARD MOONEY, JR.                                    PLAINTIFF

v.                            No. 2:22-cv-152-DPM

DALE ACOSTA, Individually and in His
Official Capacity as Chief of Police for the
City of Marianna, Arkansas                                        DEFENDANT

## ORDER

Joint motion to continue, *Doc. 37*, mostly denied but granted as specified. The Court is working on the summary judgment issues. The deadline for deposition designations is extended until fourteen days after the Court rules on summary judgment. The pretrial schedule otherwise remains intact. And this case is first-out for trial the week of 10 February 2025 in Helena.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2024