**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**IVORY JONES, Individually, and
as Guardian of EDWARD MOONEY, JR.**                    **PLAINTIFF**

v.                     Case No: 2:22-cv-00152-DPM

**DALE ACOSTA, INDIVIDUALLY and
IN HIS OFFICIAL CAPACITY AS
CHIEF OF POLICE FOR THE CITY OF
MARIANNA, ARKANSAS**                                   **DEFENDANT**

**JOINT REPORT REGARDING SETTLEMENT CONFERENCE**

COME NOW, the parties, by and through their respective counsel, and for their Joint Report Regarding Settlement Conference, and state as follows:

1. On November 19, 2024, the Court entered an Order mostly granting and denying in part Defendant's Motion for Summary Judgment. The parties were also directed to file a joint report regarding whether they are willing to participate in a settlement conference. *See* ECF Doc 42.

2. The parties have conferred, and they agree to participate in a settlement conference on the remaining issue of whether Sgt. Acosta, the City of Marianna, or both violated Mr. Mooney's right to a prompt first appearance.

WHEREFORE, the parties respectfully request that this Court schedule a settlement conference, and for all other just and proper relief to which there may be entitlement.

Respectfully submitted,

By:   Gabrielle Gibson, Bar No. 2018113
      P.O. Box 38
      North Little Rock, Arkansas 72115

1

2

Telephone: (501) 537-3783
Fax: (501) 537-7258
Email: ggibson@arml.org

**AND**

Luther Oneal Sutter, Esq., ARBN 95031
Lucien R. Gillham, Esq., ARBN 99199
Attorneys for Plaintiff
Sutter & Gillham, P.L.L.C.
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
Ph: 501-315-1910
Fax: 501-315-1916
Luther.sutterlaw@gmail.com
Lucien.gillham@gmail.com