IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

IVORY JONES, Individually, and as
Guardian of EDWARD MOONEY, JR.                                PLAINTIFF

v.                        No. 2:22-cv-152-DPM

DALE ACOSTA, Individually and in His
Official Capacity as Patrol Sergeant for the
Marianna Police Department                                    DEFENDANT

## JUDGMENT

Jones's complaint is dismissed with prejudice. The Court retains jurisdiction until 10 February 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

11 December 2024